TIMOTHY ROSCOE CARTER, SBN 195531
P.O. Box 420827
San Francisco, CA 94142-0827
(415)424-7969
trc_esq.@yahoo.com

Attorney for Plaintiff
KATHRYN LOUISE TATE

UNITED STATES  DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KATHRYN LOUISE TATE, | ) | No. C 08-00188PJH |
| | ) | |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

I, KATHRYN LOUISE TATE, plaintiff, hereby substitute Timothy Roscoe Carter as my attorney in this action in the place of myself, in pro se.

Dated: April 1, 2008                                      _____/s/ Kathryn Louise Tate
                                                                      *(As authorized via mail on 4/1/08)*
                                                                      KATHRYN LOUISE TATE
                                                                      Plaintiff, In Pro Se

I accept this substitution.

Dated: April 11, 2008

                                                                      _____/s/ Timothy Roscoe Carter
                                                                      TIMOTHY ROSCOE CARTER
                                                                      Attorney for Plaintiff

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

4/15/08