UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHRYN LOUISE TATE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 08-0188 PJH

**ORDER TO SHOW CAUSE**

This appeal from a decision by the Commissioner of Social Security was filed on January 10, 2008. Defendant answered on April 17, 2008. According to Civil Local Rule 16-5, plaintiff was required to file a motion for summary judgment by May 19, 2008. Plaintiff, who is represented by counsel, has not done so.

Plaintiff is hereby ordered to show cause regarding why she failed to file and serve her motion within **ten days** of the date of this order. Plaintiff is advised that if she fails to respond to this court's order, her appeal will be dismissed with prejudice with no further hearing or briefing. Plaintiff is also advised that she must comply with the local rules in the future.

**IT IS SO ORDERED.**

Dated: June 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge