```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN LOUISE TATE,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. C-08-00188 PJH<br><br>STIPULATION AND ORDER FOR EXTENSION |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment. The extension is necessary because the Special Assistant United States Attorney for the Commissioner will be out of the office from August 7th through the 22nd on long-scheduled leave. Due to her heavy July workload, which included briefing in twelve district court cases and a Ninth Circuit oral argument, she was not able to complete the brief before her scheduled leave.

The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on September 5, 2008.

///

///

Dated: August 5, 2008    /s/ *Timothy Roscoe Carter*
  (As authorized via email on August 5, 2008)
TIMOTHY ROSCOE CARTER
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 5, 2008    By: /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including September 5, 2008, to respond to Plaintiff's Motion for Summary Judgment.

Dated: 8/11/08

PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton