UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHRYN LOUISE TATE,

    Plaintiff,

No. C 08-0188 PJH

**BRIEFING ORDER**

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

    On January 14, 2009, the court granted plaintiff's motion for summary judgment and remanded the matter for further proceedings before the administrative law judge ("ALJ"). Subsequently, on January 28, 2009, plaintiff's counsel filed a motion for attorney's fees. Defendant is ORDERED to file and serve his opposition to plaintiff's motion **no later than Wednesday, February 18, 2009.** Plaintiff's reply, if any, is due **no later than Wednesday, February 25, 2009.** The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: February 3, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge