UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHRYN LOUISE TATE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 08-0188 PJH

**ORDER TO SHOW CAUSE**

On January 14, 2009, the court granted plaintiff's motion for summary judgment and remanded the matter for further proceedings before the administrative law judge ("ALJ"). Subsequently, on January 28, 2009, plaintiff's counsel filed a motion for attorney's fees, and on February 3, 2009, this court issued a briefing order requiring defendant to respond to the motion no later than **February 18, 2009.** Defendant has failed to file an opposition to date. The court notes that this appears to be a recurring problem, and that it was required to issue an order to show cause previously in this very case when defendant failed to file his opposition to plaintiff's motion for summary judgment.

Defendant is hereby ordered to show cause regarding why he failed to file and serve his opposition within **ten days** of the date of this order.

    **IT IS SO ORDERED.**

Dated: March 4, 2009

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge